**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of North Dakota
(State)

Case number (*If known*): ____________ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**

Fredericks Custom Solutions, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

______________
______________
______________

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ - __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

8890 BIA Rt. 12
Number Street

Mandaree ND 58757
City State ZIP Code

McKenzie County
County

**Mailing address, if different**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

Debtor Fredericks Custom Solutions, LLC Case number (if known) ______
Name

**6. Debtor's website** (URL) ______

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: ______

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor ______ Relationship ______

District ______ Date filed ______ (MM / DD / YYYY) Case number, if known ______

Debtor ______ Relationship ______

District ______ Date filed ______ (MM / DD / YYYY) Case number, if known ______

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor Fredericks Custom Solutions, LLC
Name

Case number (if known) ______________________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Clark Kent Holdings, LLC | Promissory Notes | $ 2,800,000 |
| McClain & Associates Ltd. | Judgment | $ 38,206.63 |
| (Additional Petitioning Creditors Follow) | | $ |
| | Total of petitioners' claims | $ See below |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Clark Kent Holdings, LLC
Name

952 Echo Lane, Suite 200
Number Street

Houston | TX | 77024
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

J. David Hubenak - Sr. Vice President
Name

952 Echo Lane, Suite 200
Number Street

Houston | TX | 77024
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Signature: Jacob R Field
Jacob Field (May 6, 2026 13:45:24 PDT)
Email: jfield@spotlight-energy.com

✘ ______________________
Signature of petitioner or representative, including representative's title

**Attorneys**

William A. (Trey) Wood III
Printed name

Bracewell LLP
Firm name, if any

711 Louisiana St., Suite 2300
Number Street

Houston | TX | 77002
City | State | ZIP Code

Contact phone (713) 221-1166 Email trey.wood@bracewell.com

Bar number 21916050

State TX

✘ [signature]
Signature of attorney

Date signed 5/6/2026
MM / DD / YYYY

Debtor Fredericks Custom Solutions, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**
(Additional space for counsel for Clark Kent Holdings)
Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✗
Signature of petitioner or representative, including representative's title

Eli Patten
Printed name
Crowley Fleck PLLP
Firm name, if any
490 North 31st Street, Suite 500
Number Street
Billings MT 59101
City State ZIP Code
Contact phone (406) 252-3441 Email epatten@crowleyfleck.com

Bar number 08370

State ND

✗ [signature]
Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**
McClain & Associates, Ltd.
Name
11800 Adie Rd.
Number Street
Maryland Heights MO 63043
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**
Dan McClain - President & Tracy Nichols - CFO
Name
11800 Adie Rd.
Number Street
Maryland Heights MO 63043
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2026
MM / DD / YYYY

✗ [signature] - President
Signature of petitioner or representative, including representative's title

Michael K. Daming
Printed name
Wasinger Daming LC
Firm name, if any
CIBC Place, Suite 875
Number Street
St. Louis MO 63144
City State ZIP Code
Contact phone (314) 961-0400 Email mdaming@wasingerdaming.com

Bar number 52864

State MO

✗ [signature]
Signature of attorney

Date signed 04/22/2026
MM / DD / YYYY

Debtor Fredericks Custom Solutions, LLC
Name

Case number (if known) ____________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Regent Compression dba Regent Equipment Leasing Ltd. | Equipment Leasing | $ 17,488.33 |
| Conley Max Energy, Inc. | Trade Payable | $ 105,645.17 |
| Enduring Block, LLC | Equipment Lease | $ 44,575.00 |
| | Total of petitioners' claims | $ See Below |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Regent Equipment Leasing Ltd.
Name

201, 10430-61 Ave NW
Number Street

Edmonton, Alberta, Canada ______ T6H 213
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Bill Bowlen - President
Name

201, 10430-61 Ave NW
Number Street

Edmonton, Alberta, Canada ______ T6H 213
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/23/2026
MM / DD / YYYY

✗ William Bowlen Jr. President
Signature of petitioner or representative, including representative's title

**Attorneys**

____________
Printed name

____________
Firm name, if any

____________
Number Street

____________ ______ ______
City State ZIP Code

Contact phone ______ Email ______

Bar number ______

State ______

✗ ____________
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor Fredericks Custom Solutions, LLC
Name

Case number (*if known*)

**Name and mailing address of petitioner**

Conley Max Energy, Inc.
Name

14233 Highway 2
Number Street

Williston | ND | 58801
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nichole Morgan - US Operations Manager
Name

14233 Highway 2
Number Street

Williston | ND | 58801
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/27/26
MM / DD / YYYY

✘ Nichole Morgan US Operations Mgr.
Signature of petitioner or representative, including representative's title

Taylor D. Olson
Printed name

Furuseth Olson & Evert, PC
Firm name, if any

P.O. Box 417, 107 Main Street
Number Street

Williston | ND | 58802-0417
City | State | ZIP Code

Contact phone (701) 774-0005 Email taylor@furusethlaw.com

Bar number ND# 6963

State ND

✘
Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

Enduring Block, LLC
Name

6515 Lussier Dr.
Number Street

Sugar Land | TX | 77479
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Cary Ratteree - President
Name

6515 Lussier Dr.
Number Street

Sugar Land | TX | 77479
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

DocuSigned by:
✘ 4/29/2026
3BF5F1EF861B4B7
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City | State | ZIP Code

Contact phone Email

Bar number

State

✘
Signature of attorney

Date signed
MM / DD / YYYY

Debtor Fredericks Custom Solutions, LLC
Name

Case number (if known)________________

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Mission Flares & Combustion, LLC | Trade Payable | $ 7,500 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 3,013,415.13 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Mission Flares & Combustion, LLC
Name

P.O. Box 4538
Number Street

Lake Charles LA 70606
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Barker - Chief Executive Officer
Name

P.O. Box 4538
Number Street

Lake Charles LA 70606
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/30/2026
MM / DD / YYYY

✗ [signature] - CEO
Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name ________________

Firm name, if any ________________

Number Street ________________

City ________ State ________ ZIP Code ________

Contact phone ________ Email ________

Bar number ________

State ________

✗ ________________
Signature of attorney

Date signed ________
MM / DD / YYYY