B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## District Of North Dakota

| | |
|---|---|
| In re Fredericks Custom Solutions, LLC<br>Debtor* | Case No. ____________<br>Chapter 7 |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on May 6, 2026 (date), requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
Sara Diaz, Clerk
United States Bankruptcy Court
655 1st Avenue N, Ste. 210
Fargo, ND 58102

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:

William A. (Trey) Wood III
BRACEWELL LLP
711 Louisiana St., Ste. 2300
Houston, TX 77002
Phone: (713) 221-1166
Email: trey.wood@bracewell.com

Eli Patten
CROWLEY FLECK PLLP
490 North 31st Street, Suite 500
Billings, MT 59101
Phone: (406) 252-3441
Email: epatten@crowleyfleck.com

(See Rider 1 for Additional Counsel)

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

____________________ (Clerk of the Bankruptcy Court)

Date: ______________ By: ______________________(Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

# CERTIFICATE OF SERVICE

I, ____________________________(name), certify that on ___________________ (date), I served this summons and a copy of the involuntary petition on ___________________ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date ___________ Signature ____________________________________

Print Name: ___________________________

Business Address: ___________________________

___________________________

**RIDER 1**

**Additional Counsel for Petitioners**

Michael K. Daming
WASINGER DAMING LC
CIBC Place, Suite 875
St. Louis, MO 63144
Phone: (314) 961-0400
Email: mdaming@wasingerdaming.com

Taylor D. Olson
FURUSETH OLSON & EVERT, PC
P.O. Box 417
107 Main Street
Williston, ND 58802-0417
Phone: (701) 774-0005
Email: taylor@furusethlaw.com